May 28, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

CHAD  SMALL, Appellant

NO. 14-14-00654-CR                         V.

THE STATE OF TEXAS, Appellee
_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on July 10, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order this decision certified below for observance.